UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEUTSCHE BANK TRUST
COMPANY AMERICAS, AS
TRUSTEE FOR THE REGISTERED
HOLDERS OF BANC OF AMERICA
MERRILL LYNCH COMMERCIAL
MORTGAGE INC., MULTIFAMILY
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2015-SB10,

        Plaintiff,

                                     Case No. 22-11783
                             U.S. DISTRICT COURT JUDGE
                                 GERSHWIN A. DRAIN

v.

SHEPHERD INVESTMENTS LLC,

        Defendant.

_____/

## ORDER GRANTING JOINT MOTION TO TERMINATE RECEIVERSHIP [#101]

THIS MATTER having come before this Court upon the joint motion of Receiver and Plaintiff, and the Court being fully advised in the premises and finding good cause for the entry of this order.

WHEREFORE, Receiver has completed the sale of the real property located

at 1941, 1981, 2003, 2025 West McNichols Road, Highland Park, Michigan 48203 (the "McNichols Property").

WHEREFORE, as a result of the sale of the McNichols Property, the receivership of the McNichols Property is no longer necessary to prevent immediate and irreparable harm or to preserve the McNichols Property.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.     The receivership of the McNichols Property pursuant to the *Agreed Order Appointing Receiver* entered by the Court on or about August 12, 2022 and any amendments, supplements, and revisions thereto, is terminated as of the date of this order.

2.     The Final Report, filed on the Court's docket on December 23, 2025, is approved and deemed the Receiver's final accounting and/or report, and the Receiver is relieved from any further obligation to provide accountings or reports under the Receivership Order or any other order of this Court.

3.     The Court, pursuant to Fed. R. Civ. P. 54(b), expressly determines that there is no just reason for delay and, therefore, this Order is entered as a FINAL ORDER.

4.     The Court retains jurisdiction to enforce any provision herein.

SO ORDERED.

Dated: March 3, 2026                                      /s/Gershwin A. Drain
                                                          GERSHWIN A. DRAIN
                                                          United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 3, 2026, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager